No. 496. Bank of the Philippine Islands *v.* Rogers, Attorney General, et al.; and

No. 520. Philippine National Bank *v.* Rogers, Attorney General, et al. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied. *Joseph B. Friedman* for petitioner in No. 496. *Matthew E. McCarthy* for petitioner in No. 520. *Solicitor General Rankin, Dallas S. Townsend* and *Irving Jaffe* for respondents. Reported below: 108 U. S. App. D. C. 179, 281 F. 2d 12.

No. 519. Ratke et al. *v.* Picard, U. S. District Judge. C. A. 6th Cir. Certiorari denied. *Milton A. Bass* and *Solomon H. Friend* for petitioners. *Solicitor General Rankin, Assistant Attorney General Wilkey* and *Beatrice Rosenberg* for respondent.

No. 502, Misc. Campbell *v.* Texas. Court of Criminal Appeals of Texas. Certiorari denied. *Josiah Lyman* for petitioner. *Will Wilson,* Attorney General of Texas, and *Riley Eugene Fletcher,* Assistant Attorney General, for respondent.

No. 354, Misc. Johnson *v.* Texas. Court of Criminal Appeals of Texas. Certiorari denied. Mr. Justice Douglas is of the opinion certiorari should be granted. *Bernard A. Golding* for petitioner. *Will Wilson,* Attorney General of Texas, *Tom I. McFarling* and *Leon Pesek,* Assistant Attorneys General, and *Lee P. Ward, Jr.* for respondent.

No. 501, Misc. Gonzalez *v.* California. Appellate Department, Superior Court of California, County of Los Angeles. Certiorari denied.